```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    EVAN J. DAVIS (SBN 250484)
 4  Assistant United States Attorney
        Room 7211, Federal Building
 5      300 N. Los Angeles Street
        Los Angeles, California  90012
 6      Telephone:  (213) 894-4850
        Facsimile:  (213) 894-0115
 7      E-mail: Evan.Davis@usdoj.gov

 8  Attorneys for Petitioner
    United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DA DEPUTY

LODGED
2008 JAN 23 AM 11:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV08-00416 AHS (AGRx) |
| Petitioner, | [PROPOSED] ORDER TO SHOW CAUSE |
| v. | |
| FRANK C. OZAK, | |
| Respondent. | |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also, Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); accord,

1  United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).
2  Therefore, **IT IS ORDERED** that Respondent appear before this
3  District Court of the United States for the Central District of
4  California, in Courtroom No. 680,

5  ☐ United States Courthouse
   312 North Spring Street, Los Angeles, California, 90012
6

7  ☒ Roybal Federal Building and United States Courthouse
   255 E. Temple Street, Los Angeles, California, 90012
8

9  ☐ Ronald Reagan Federal Building and United States Courthouse
   411 West Fourth Street, Santa Ana, California, 92701
10

11 ☐ Brown Federal Building and United States Courthouse
   3470 Twelfth Street, Riverside, California, 92501
12

13 ☐ _____
14    _____

15 on Monday, March 17, 2008, **2008**, at 10:00 A.m.,
16 and show cause why the testimony and production of books, papers,
17 records, and other data demanded in the subject Internal Revenue
18 Service summons should not be compelled.
19    **IT IS FURTHER ORDERED** that copies of this Order, the
20 Petition, Memorandum of Points and Authorities, and accompanying
21 Declaration be served promptly upon Respondent by any person
22 authorized pursuant to Federal Rule of Civil Procedure 4(c)(2),
23 in accordance with the service provisions of Rule 4 of the
24 Federal Rules of Civil Procedure.
25    **IT IS FURTHER ORDERED** that within ten days after service
26 upon Respondent of the herein-described documents, Respondent
27 shall file and serve a written response, supported by appropriate
28 sworn statements, as well as any desired motions. If, prior to

1 | the appearance date set by this Order, Respondent files a response
2 | with the Court stating that Respondent does not desire to oppose
3 | the relief sought in the Petition, nor wish to make an
4 | appearance, then the appearance of Respondent at any hearing
5 | pursuant to this Order to Show Cause is excused, and Respondent
6 | shall be deemed to have complied with the requirements of this
7 | Order.
8 | **IT IS FURTHER ORDERED** that all motions and issues raised by
9 | the pleadings will be considered on the appearance date set by this
10 | Order. Only those issues raised by motion or brought into
11 | controversy by the responsive pleadings and supported by sworn
12 | statements filed within ten days after service of the herein-
13 | described documents will be considered by the Court. All
14 | allegations in the Petition not contested by such responsive
15 | pleadings or by sworn statements will be deemed admitted.
16 | SO ORDERED: This __31__ day of ____Jan____, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
EVAN J. DAVIS
Assistant United States Attorney

Attorneys for the United States of America,
Petitioner